IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
BRUCE M. SMITH,                   )
                                  )
            Plaintiff,            )       8:13CV31
                                  )
      v.                          )
                                  )
AMERICAN BROADCASTING             )       ORDER
COMPANIES, INC., ABC NEWS, INC.,  )
JIM AVILA, DIANE SAWYER, JAMIE    )
OLIVER, BETTINA SIEGEL, and       )
DOES 1 TO 10,                     )
                                  )
            Defendants.           )
_____)
```

      This matter is before the Court on plaintiff's notice of dismissal (Filing No. 15).  The Court finds the notice, filed as a motion, should be granted.  Accordingly,

      IT IS ORDERED that plaintiff's notice of dismissal, filed as a motion, is granted.  This action is dismissed without prejudice against all defendants.

      DATED this 6th day of February, 2013.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court